# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Lorenzo Armillas-Llaurado,         Case No. 25-CV-3771 (JMB/DJF)

    Petitioner,

v.         **ORDER**

Warden, FCI Sandstone,

    Respondent.

IT IS HEREBY ORDERED THAT:

1. Respondent's motion to supplement the record (ECF No. 11) is GRANTED.

2. Petitioner Lorenzo Armillas-Llaurado must file a response on or before **November 4, 2025** establishing why his petition for a writ of habeas corpus should not be denied as a result of a final order of removal having been entered against him. A failure to respond within the allotted time will result in a recommendation that the habeas petition be denied and the matter dismissed on account of mootness.

Dated: October 21, 2025         *s/ Dulce J. Foster*
                                                 Dulce J. Foster
                                                 United States Magistrate Judge