**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lorenzo Armillas-Llaurado,

      Petitioner,

v.

Warden, FCI Sandstone,

      Respondent.

Case No. 25-CV-03771 (JMB/DJF)

**ORDER**

---

Lorenzo Armillas-Llaurado, Sandstone, MN, self represented.

Lucas B. Draisey, United States Attorneys' Office, Minneapolis, MN, for Respondent Warden, FCI Sandstone

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Dulce J. Foster dated November 20, 2025. (Doc. No. 16.) The R&R recommends that Petitioner Lorenzo Armillas-Llaurado's petition for a writ of habeas corpus be denied. (*See id,*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.      The R&R (Doc. No. 16) is ADOPTED.

2.      The Petition is DENIED.

3.      The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: February 17, 2026                          /s/ *Jeffrey M. Bryan*
                                                  Judge Jeffrey M. Bryan
                                                  United States District Court